**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12878-DRC |
| | § | |
| SHAWN C. WHALEN | § | |
| SOPHIA A WHALEN | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/30/2012. The undersigned trustee was appointed on 03/30/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $46,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $9,687.81 |
    | Bank service fees | $176.28 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $36,635.91 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/14/2013 and the deadline for filing government claims was 01/14/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,400.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,400.00, for a total compensation of $5,400.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/07/2013            By:   /s/ David E. Grochocinski
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 12-12878-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | Date Filed (f) or Converted (c): | 03/30/2012 (f) |
| For the Period Ending: | 8/7/2013 | §341(a) Meeting Date: | 06/13/2012 |
| | | Claims Bar Date: | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking account with TCF | $300.00 | $0.00 | | $0.00 | FA |
| 2  Savings account with TCF | $5.00 | $0.00 | | $0.00 | FA |
| 3  Checking account with West Suburban Bank | $100.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous used household goods and furnishings | $475.00 | $0.00 | | $0.00 | FA |
| 5  Books, Pictures, and CD's | $80.00 | $0.00 | | $0.00 | FA |
| 6  Wearing Apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Miscellaneous Costume Jewelry | $95.00 | $0.00 | | $0.00 | FA |
| 8  Estimated 2011 tax refund of $6,042.00 was received before filing (March 2012) . I.R.S received $2,677.00 for 2009 debt. The remaining $3,365.00 spent on ordinary and necessary living expenses | $0.00 | $0.00 | | $0.00 | FA |
| 9  Automobile - 2009 Mazda 5 Minivan with 35,500.00 in mileage - Paid In Full - Liability Auto Insurance | $10,000.00 | $0.00 | | $0.00 | FA |
| 10  2 Dogs | $35.00 | $0.00 | | $0.00 | FA |
| 11  INTEREST IN REFUND OF HAWAII CONDO  (u) | $75,000.00 | $36,812.19 | | $46,500.00 | FA |
| **TOTALS (Excluding unknown value)** | $87,090.00 | $36,812.19 | | $46,500.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
　PENDING MOTION TO SETTLE AND COMPROMISE REFUND OF DEPOSIT ON HAWAII CONDO
　Settled and compromised refund of Hawaii condo interest.
　Tax returns pending

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit A

| | |  | |
|---|---|---|---|
| **Case No.:** | 12-12878-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | **Date Filed (f) or Converted (c):** | 03/30/2012 (f) |
| **For the Period Ending:** | 8/7/2013 | **§341(a) Meeting Date:** | 06/13/2012 |
| | | **Claims Bar Date:** | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2013    **Current Projected Date Of Final Report (TFR):** 06/30/2014

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

Page No: 1 Exhibit B

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12878-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7991 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | ******7992 | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2013 | (11) | GREENBERG TRAURIG LLP | CLAIM FOR REFUND OF SECURITY DEPOSIT RE: HAWAIIAN CONDO | 1149-000 | $46,500.00 | | $46,500.00 |
| 04/16/2013 | 3001 | RICHARD L ROST | 1/2 FEES TO SPECIAL COUNSEL | 3210-600 | | $9,300.00 | $37,200.00 |
| 04/16/2013 | 3002 | RICHARD L ROST | 1/2 EXCISE TAX | 2820-000 | | $387.81 | $36,812.19 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $63.51 | $36,748.68 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $53.56 | $36,695.12 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.21 | $36,635.91 |

| | | | | | |
|---|---|---|---|---|---|
| | | | TOTALS: | $46,500.00 | $9,864.09 | $36,635.91 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $46,500.00 | $9,864.09 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $46,500.00 | $9,864.09 | |

| For the period of 3/30/2012 to 8/7/2013 | | For the entire history of the account between 01/31/2013 to 8/7/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $46,500.00 | Total Compensable Receipts: | $46,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,500.00 | Total Comp/Non Comp Receipts: | $46,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $9,864.09 | Total Compensable Disbursements: | $9,864.09 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,864.09 | Total Comp/Non Comp Disbursements: | $9,864.09 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-12878-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7991 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | ******7992 | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/7/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $46,500.00 | $9,864.09 | $36,635.91 |

**For the period of 3/30/2012 to 8/7/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $46,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,864.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,864.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/30/2012 to 8/7/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $46,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $9,864.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,864.09 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 12-12878-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | | | Date: | 8/7/2013 |
| Claims Bar Date: | 01/14/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60462 | 08/01/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,400.00 | $5,400.00 | $0.00 | $0.00 | $0.00 | $5,400.00 |
| | INNOVALAW, PC<br><br>1900 Ravinia Palce<br>Orland Park IL 60462 | 08/07/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $34.40 | $34.40 | $34.40 | $0.00 | $0.00 | $0.00 | $34.40 |
| | INNOVALAW, PC<br><br>1900 Ravinia Palce<br>Orland Park IL 60462 | 08/07/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $5,544.00 | $5,544.00 | $5,544.00 | $0.00 | $0.00 | $0.00 | $5,544.00 |
| 1 | PRIDE ACQUISITIONS OF ILLINOIS LLC<br>BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH,LLC<br>100 Garden City Plaza, Suite 500, Garden City NY 11530 | 04/10/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $53,455.18 | $53,455.18 | $0.00 | $0.00 | $0.00 | $53,455.18 |
| 2 | PRIDE ACQUISITIONS OF ILLINOIS LLC<br>BAKER, SANDERS, BARSHAY, GROSSMAN, FASS, MUHLSTOCK & NEUWIRTH,LLC<br>100 Garden City Plaza, Suite 500, Garden City NY 11530 | 04/10/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $47,448.17 | $47,448.17 | $0.00 | $0.00 | $0.00 | $47,448.17 |
| 3 | ATLAS ACQUISITIONS LLC (HSBC - HOUSEHOLD BANK)<br>294 Union St.<br>Hackensack NJ 07601 | 10/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,292.05 | $1,292.05 | $0.00 | $0.00 | $0.00 | $1,292.05 |

Page No: 2     Exhibit C

## CLAIM ANALYSIS REPORT

| Case No.: | 12-12878-DRC | | | Trustee Name: | David E. Grochocinski |
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | | | Date: | 8/7/2013 |
| Claims Bar Date: | 01/14/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ATLAS ACQUISITIONS LLC (WELLS FARGO - WELLS FA) 294 Union St. Hackensack NJ 07601 | 10/17/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,187.30 | $12,187.30 | $0.00 | $0.00 | $0.00 | $12,187.30 |
| 5 | CAVALRY PORTFOLIO SERVICES, LLC 500 Summit Lake Drive Suite 400 Valhalla NY 10595-1340 | 11/05/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $28,833.01 | $28,833.01 | $0.00 | $0.00 | $0.00 | $28,833.01 |

**Claim Notes:** (5-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services NA

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK (SOUTH DAK PO Box 2036 Warren MI 48090 | 11/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,232.90 | $20,232.90 | $0.00 | $0.00 | $0.00 | $20,232.90 |
| 7 | ASSET ACCEPTANCE LLC ASSIGNEE CITIBANK (SOUTH DAK PO Box 2036 Warren MI 48090 | 11/09/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,335.71 | $14,335.71 | $0.00 | $0.00 | $0.00 | $14,335.71 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC Mail Station N387 2230 E Imperial Hwy El Segundo CA 90245 | 01/07/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $367.79 | $367.79 | $0.00 | $0.00 | $0.00 | $367.79 |
| | | | | | | $189,130.51 | $189,130.51 | $0.00 | $0.00 | $0.00 | | $189,130.51 |

CLAIM ANALYSIS REPORT    Page No: 3    Exhibit C

| **Case No.** | 12-12878-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | **Date:** | 8/7/2013 |
| **Claims Bar Date:** | 01/14/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Trustee Firm) | $34.40 | $34.40 | $0.00 | $0.00 | $0.00 | $34.40 |
| Attorney for Trustee Fees (Trustee Firm) | $5,544.00 | $5,544.00 | $0.00 | $0.00 | $0.00 | $5,544.00 |
| General Unsecured § 726(a)(2) | $178,152.11 | $178,152.11 | $0.00 | $0.00 | $0.00 | $178,152.11 |
| Trustee Compensation | $5,400.00 | $5,400.00 | $0.00 | $0.00 | $0.00 | $5,400.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      12-12878-DRC
Case Name:     SHAWN C. WHALEN
               SOPHIA A WHALEN
Trustee Name:  David E. Grochocinski

|  | Balance on hand: | $36,635.91 |
|---|---:|---:|

Claims of secured creditors will be paid as follows: NONE

|  | Total to be paid to secured creditors: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $36,635.91 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $5,400.00 | $0.00 | $5,400.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $5,544.00 | $0.00 | $5,544.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $34.40 | $0.00 | $34.40 |

|  | Total to be paid for chapter 7 administrative expenses: | $10,978.40 |
|---|---:|---:|
|  | Remaining balance: | $25,657.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $25,657.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $25,657.51 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $178,152.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PRIDE ACQUISITIONS OF ILLINOIS LLC | $53,455.18 | $0.00 | $7,698.62 |
| 2 | PRIDE ACQUISITIONS OF ILLINOIS LLC | $47,448.17 | $0.00 | $6,833.50 |
| 3 | Atlas Acquisitions LLC  (HSBC - Household Bank) | $1,292.05 | $0.00 | $186.08 |
| 4 | Atlas Acquisitions LLC  (Wells Fargo - Wells Fa) | $12,187.30 | $0.00 | $1,755.22 |
| 5 | Cavalry Portfolio Services, LLC | $28,833.01 | $0.00 | $4,152.54 |
| 6 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | $20,232.90 | $0.00 | $2,913.95 |
| 7 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | $14,335.71 | $0.00 | $2,064.63 |
| 8 | American InfoSource LP as agent for | $367.79 | $0.00 | $52.97 |

Total to be paid to timely general unsecured claims:  $25,657.51
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |