**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12878-DRC |
| | § | |
| SHAWN C. WHALEN | § | |
| SOPHIA A WHALEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 A.M. on September 27, 2013, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/16/2013    By:  /s/ David E. Grochocinski
                                    (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-12878-DRC |
| | § | |
| SHAWN C. WHALEN | § | |
| SOPHIA A WHALEN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $46,500.00
*and approved disbursements of*  $9,864.09
*leaving a balance on hand of*[1]*:*  $36,635.91

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $36,635.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $5,400.00 | $0.00 | $5,400.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $5,544.00 | $0.00 | $5,544.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $34.40 | $0.00 | $34.40 |

Total to be paid for chapter 7 administrative expenses:  $10,978.40
Remaining balance:  $25,657.51

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $25,657.51

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $25,657.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $178,152.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | PRIDE ACQUISITIONS OF ILLINOIS LLC | $53,455.18 | $0.00 | $7,698.62 |
| 2 | PRIDE ACQUISITIONS OF ILLINOIS LLC | $47,448.17 | $0.00 | $6,833.50 |
| 3 | Atlas Acquisitions LLC  (HSBC - Household Bank) | $1,292.05 | $0.00 | $186.08 |
| 4 | Atlas Acquisitions LLC  (Wells Fargo - Wells Fa) | $12,187.30 | $0.00 | $1,755.22 |
| 5 | Cavalry Portfolio Services, LLC | $28,833.01 | $0.00 | $4,152.54 |
| 6 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | $20,232.90 | $0.00 | $2,913.95 |
| 7 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | $14,335.71 | $0.00 | $2,064.63 |
| 8 | American InfoSource LP as agent for | $367.79 | $0.00 | $52.97 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $25,657.51 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST Form 101-7-NFR (10/1/2010)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
               Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 12-12878-DRC
Shawn C. Whalen                                                            Chapter 7
Sophia A Whalen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3              Date Rcvd: Aug 19, 2013
                              Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2013.
db/jdb       +Shawn C. Whalen,    Sophia A Whalen,    1015 E. Lowden Ave.,    Wheaton, IL 60189-6621
18705837     +Accounts Receivable Management,    220 W. Campus Drive, Suite 100,
               Arlington Heights, IL 60004-1498
19888579     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,   2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
19673561     +Asset Acceptance LLC assignee CITIBANK (SOUTH DAK,    PO Box 2036,    Warren, MI 48090-2036
18705841     +Asset Recovery Solutions,    2200 E. Devon Avenue, Suite 200,    Des Plaines, IL 60018-4501
19575096     +Atlas Acquisitions LLC (HSBC - Household Bank),    294 Union St.,    Hackensack, NJ 07601-4303
19575097     +Atlas Acquisitions LLC (Wells Fargo - Wells Fa),    294 Union St.,    Hackensack, NJ 07601-4303
18705843    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
18705842     +Baker Sanders Barshay,    100 Garden City Plaza,    Garden City, NY 11530-3207
18705846     +Central DuPage Hospital,    Attn: Bankruptcy Dept.,    Dept. 4698,   Carol Stream, IL 60122-0001
18705847     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18705849    ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DirectTV,    PO Box 78626,    Phoenix, AZ 85062-8626)
18705850     +Financial Control Se,    6801 Sanger Suite 195,    Waco, TX 76710-7804
18705851     +Financial Control Svc,    6801 Sanger Ave Ste 195,    Waco, TX 76710-7804
18705852     +Frank Huff Agency In,    72 Kekuanaoa St,   Hilo, HI 96720-4316
18705853     +Franklin Collection Sv,    2978 W Jackson St,   Tupelo, MS 38801-6731
18705854      Giagnorio & Robertelli, Ltd,    130 2nd Street,    Bloomingdale, IL 60108
18705855      Global Client Solutions,    PO Box 690870,   Tulsa, OK 74169-0870
18705856     +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18705857     +Karne Altay MD,    471 W Army Trail,   Suite 105,    Bloomingdale, IL 60108-2628
18705859     +Merchants&Professional,    5508 Parkcrest Dr Ste 21,    Austin, TX 78731-4929
18705861     +Nationwide Credit Inc,    2015 Vaughn Rd Nw Ste 30,    Kennesaw, GA 30144-7802
18705862     +Northland Group Inc,    PO Box 390905,   Edina, MN 55439-0905
18705863     +Onewest Bank,    6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
18759333     +PRIDE ACQUISITIONS OF ILLINOIS LLC,    BAKER, SANDERS, BARSHAY, GROSSMAN, FASS,,
               MUHLSTOCK & NEUWIRTH,LLC,    100 Garden City Plaza, Suite 500,,
               Garden City, New York 11530-3207
18705864     +Sears/Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
18705865     +Valentine & Kebartas, Inc.,    524 Cleveland Blvd,    Suite 201,   Caldwell, ID 83605-4080
18705866     +West Suburban Bank,    711 S Westmore Ave,   Lombard, IL 60148-3770
18705867     +Wffinance,   2501 Seaport Dr Ste Bh30,    Chester, PA 19013-2249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18705838     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Aug 20 2013 01:47:45     Armor Systems Co,
               1700 Kiefer Dr Ste 1,   Zion, IL 60099-5105
18705840     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2013 01:45:33     Asset Acceptance LLC,
               28405 Van Dyke Avenue,   Warren, MI 48093-7132
18705839     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2013 01:45:33     Asset Acceptance Llc,
               Po Box 1630,   Warren, MI 48090-1630
18828324     +E-mail/Text: bnc@atlasacq.com Aug 20 2013 01:50:08     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
18705845      E-mail/Text: bankruptcy@cavps.com Aug 20 2013 01:55:33     Cavalry Portfolio Serv,
               7 Skyline Dr Ste 3,   Hawthorne, NY 10532
18705844     +E-mail/Text: cms-bk@cms-collect.com Aug 20 2013 01:50:50     Capital Management Services, LP,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
19655287     +E-mail/Text: bankruptcy@cavps.com Aug 20 2013 01:55:33     Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
18705848     +E-mail/Text: CSIREQ@CREDITSYSTEMSINTL.COM Aug 20 2013 01:47:31     Credit Systems Intl In,
               1277 Country Club Ln,   Fort Worth, TX 76112-2304
18705858     +E-mail/Text: resurgentbknotifications@resurgent.com Aug 20 2013 01:43:52     Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
18705860     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2013 01:45:45     Midland Funding,
               8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           InnovaLaw P.C.
aty           Richard L Rost
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dross              Page 2 of 3           Date Rcvd: Aug 19, 2013
                              Form ID: pdf006          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2013**                **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: dross                Page 3 of 3                   Date Rcvd: Aug 19, 2013
                              Form ID: pdf006            Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2013 at the address(es) listed below:

        Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com, gsullivan@wfactorlaw.com
        David E Grochocinski    on behalf of Trustee David E Grochocinski lawyers@innovalaw.com, lawyers@innovalaw.com
        David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
        Joseph P Doyle    on behalf of Joint Debtor Sophia A Whalen joe@fightbills.com, courts@fightbills.com
        Joseph P Doyle    on behalf of Debtor Shawn C. Whalen joe@fightbills.com, courts@fightbills.com
        Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Timothy R Yueill    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY timothyy@nevellaw.com

        TOTAL: 8