UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-12878-DRC |
|---|---|---|
| | § | |
| SHAWN C. WHALEN | § | |
| SOPHIA A WHALEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $12,090.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $25,657.51 | Claims Discharged Without Payment: | $152,494.60 |
| Total Expenses of Administration: | $20,842.49 | | |

   3)   Total gross receipts of $46,500.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $46,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $20,842.49 | $20,842.49 | $20,842.49 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $178,152.11 | $178,152.11 | $25,657.51 |
| **Total Disbursements** | NA | $198,994.60 | $198,994.60 | $46,500.00 |

4). This case was originally filed under chapter 7 on 03/30/2012. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/20/2013     By: /s/ David E. Grochocinski
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| INTEREST IN REFUND OF HAWAII CONDO | 1149-000 | $46,500.00 |
| **TOTAL GROSS RECEIPTS** | | $46,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE


**EXHIBIT 3 – SECURED CLAIMS**
NONE


**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $5,400.00 | $5,400.00 | $5,400.00 |
| Green Bank | 2600-000 | NA | $176.28 | $176.28 | $176.28 |
| RICHARD L ROST | 2820-000 | NA | $387.81 | $387.81 | $387.81 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $5,544.00 | $5,544.00 | $5,544.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $34.40 | $34.40 | $34.40 |
| RICHARD L ROST, Special Counsel for Trustee | 3210-600 | NA | $9,300.00 | $9,300.00 | $9,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $20,842.49 | $20,842.49 | $20,842.49 |


**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PRIDE ACQUISITIONS OF ILLINOIS | 7100-000 | NA | $53,455.18 | $53,455.18 | $7,698.62 |

|   |   |          |     |             |             |            |
|---|---|----------|-----|-------------|-------------|------------|
|   | LLC |        |     |             |             |            |
| 2 | PRIDE ACQUISITIONS OF ILLINOIS LLC | 7100-000 | NA | $47,448.17 | $47,448.17 | $6,833.50 |
| 3 | Atlas Acquisitions LLC (HSBC - Household Bank) | 7100-000 | NA | $1,292.05 | $1,292.05 | $186.08 |
| 4 | Atlas Acquisitions LLC (Wells Fargo - Wells Fa) | 7100-000 | NA | $12,187.30 | $12,187.30 | $1,755.22 |
| 5 | Cavalry Portfolio Services, LLC | 7100-000 | NA | $28,833.01 | $28,833.01 | $4,152.54 |
| 6 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | 7100-000 | NA | $20,232.90 | $20,232.90 | $2,913.95 |
| 7 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | 7100-000 | NA | $14,335.71 | $14,335.71 | $2,064.63 |
| 8 | American InfoSource LP as agent for | 7100-000 | NA | $367.79 | $367.79 | $52.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $178,152.11 | $178,152.11 | $25,657.51 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 12-12878-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | | Date Filed (f) or Converted (c): | 03/30/2012 (f) |
| For the Period Ending: | 12/20/2013 | | §341(a) Meeting Date: | 06/13/2012 |
| | | | Claims Bar Date: | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking account with TCF | $300.00 | $0.00 | | $0.00 | FA |
| 2  Savings account with TCF | $5.00 | $0.00 | | $0.00 | FA |
| 3  Checking account with West Suburban Bank | $100.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous used household goods and furnishings | $475.00 | $0.00 | | $0.00 | FA |
| 5  Books, Pictures, and CD's | $80.00 | $0.00 | | $0.00 | FA |
| 6  Wearing Apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Miscellaneous Costume Jewelry | $95.00 | $0.00 | | $0.00 | FA |
| 8  Estimated 2011 tax refund of $6,042.00 was received before filing (March 2012) . I.R.S received $2,677.00 for 2009 debt. The remaining $3,365.00 spent on ordinary and necessary living expenses | $0.00 | $0.00 | | $0.00 | FA |
| 9  Automobile - 2009 Mazda 5 Minivan with 35,500.00 in mileage - Paid In Full - Liability Auto Insurance | $10,000.00 | $0.00 | | $0.00 | FA |
| 10  2 Dogs | $35.00 | $0.00 | | $0.00 | FA |
| 11  INTEREST IN REFUND OF HAWAII CONDO (u) | $75,000.00 | $36,812.19 | | $46,500.00 | FA |
| **TOTALS (Excluding unknown value)** | $87,090.00 | $36,812.19 | | $46,500.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
  PENDING MOTION TO SETTLE AND COMPROMISE REFUND OF DEPOSIT ON HAWAII CONDO
  Settled and compromised refund of Hawaii condo interest.
  Tax returns pending
  Final hearing

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2          Exhibit 8

| **Case No.:** | 12-12878-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | **Date Filed (f) or Converted (c):** | 03/30/2012 (f) |
| **For the Period Ending:** | 12/20/2013 | **§341(a) Meeting Date:** | 06/13/2012 |
| | | **Claims Bar Date:** | 01/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/31/2013          **Current Projected Date Of Final Report (TFR):**   06/30/2014          /s/ DAVID E. GROCHOCINSKI

DAVID E. GROCHOCINSKI

FORM 2

Page No: 1  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-12878-DRC | **Trustee Name:** David E. Grochocinski |
| **Case Name:** | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***7991 | **Checking Acct #:** ******7801 |
| **Co-Debtor Taxpayer ID #:** | **-***7992 | **Account Title:** |
| **For Period Beginning:** | 3/30/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/20/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/03/2013 | (11) | GREENBERG TRAURIG LLP | CLAIM FOR REFUND OF SECURITY DEPOSIT RE: HAWAIIAN CONDO | 1149-000 | $46,500.00 | | $46,500.00 |
| 04/16/2013 | 3001 | RICHARD L ROST | 1/2 FEES TO SPECIAL COUNSEL | 3210-600 | | $9,300.00 | $37,200.00 |
| 04/16/2013 | 3002 | RICHARD L ROST | 1/2 EXCISE TAX | 2820-000 | | $387.81 | $36,812.19 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $63.51 | $36,748.68 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $53.56 | $36,695.12 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $59.21 | $36,635.91 |
| 09/27/2013 | 3003 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $5,400.00 | $31,235.91 |
| 09/27/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $5,544.00 | $25,691.91 |
| 09/27/2013 | 3005 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $34.40 | $25,657.51 |
| 09/27/2013 | 3006 | PRIDE ACQUISITIONS OF ILLINOIS LLC | Distribution on Claim #: 1; | 7100-000 | | $7,698.62 | $17,958.89 |
| 09/27/2013 | 3007 | PRIDE ACQUISITIONS OF ILLINOIS LLC | Distribution on Claim #: 2; | 7100-000 | | $6,833.50 | $11,125.39 |
| 09/27/2013 | 3008 | Atlas Acquisitions LLC (HSBC - Household Bank) | Distribution on Claim #: 3; | 7100-000 | | $186.08 | $10,939.31 |
| 09/27/2013 | 3009 | Atlas Acquisitions LLC (Wells Fargo - Wells Fa) | Distribution on Claim #: 4; | 7100-000 | | $1,755.22 | $9,184.09 |
| 09/27/2013 | 3010 | Cavalry Portfolio Services, LLC | Distribution on Claim #: 5; | 7100-000 | | $4,152.54 | $5,031.55 |
| 09/27/2013 | 3011 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | Distribution on Claim #: 6; | 7100-000 | | $2,913.95 | $2,117.60 |
| 09/27/2013 | 3012 | Asset Acceptance LLC assignee CITIBANK (SOUTH DAK | Distribution on Claim #: 7; | 7100-000 | | $2,064.63 | $52.97 |
| 09/27/2013 | 3013 | American InfoSource LP as agent for | Distribution on Claim #: 8; | 7100-000 | | $52.97 | $0.00 |
| | | | | **SUBTOTALS** | $46,500.00 | $46,500.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2            Exhibit 9

| Case No. | 12-12878-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7991 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | **-***7992 | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  | **TOTALS:** |  | $46,500.00 | $46,500.00 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $46,500.00 | $46,500.00 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $46,500.00 | $46,500.00 | |

**For the period of 3/30/2012 to 12/20/2013**

| Total Compensable Receipts: | $46,500.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/31/2013 to 12/20/2013**

| Total Compensable Receipts: | $46,500.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-12878-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | WHALEN, SHAWN C. AND WHALEN, SOPHIA A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7991 | Checking Acct #: | ******7801 |
| Co-Debtor Taxpayer ID #: | **-***7992 | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $46,500.00 | $46,500.00 | $0.00 |

**For the period of 3/30/2012 to 12/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $46,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/30/2012 to 12/20/2013**

| | |
|---|---|
| Total Compensable Receipts: | $46,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |